UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-13320 |
| | | CHAPTER 13 |
| DANIELLE J. TWITTY | | |
| | : | JUDGE JEFFERY P. HOPKINS |
| DEBTOR | : | **CHAPTER 13 TRUSTEE'S MOTION TO DETERMINE PAYMENT OF POST-PETITION AMOUNTS PURSUANT TO NOTICE OF POST-PETITION MORTGAGE FEES, EXPENSES, AND CHARGES** |

 Comes now the Chapter 13 Trustee, Margaret A. Burks, and files this Motion to determine payment of post-petition fee amounts pursuant to Notice of Post-Petition Mortgage Fees, Expenses, and Charges pursuant to Fed.R.Bankr.P. 3002.1(e).

 Creditor, HOME POINT FINANCIAL CORPORATION filed a Notice of Post-Petition Mortgage Fees, Expenses, and Charges on November 21, 2019 in the amount of $160.00 (doc. 17).

 The Trustee has contacted Debtor's Counsel concerning this Notice. Per Email authorization on 01/27/2020, Counsel request the Trustee pay fees through the plan.

 Wherefore, Trustee respectfully requests this Court to grant an Order allowing Trustee to pay the fees in the Notice.

            Respectfully submitted,

/s/ Margaret A. Burks, Esq.
   Margaret A. Burks, Esq.
   Chapter 13 Trustee
   Attorney No. OH 0030377

   Francis J. DiCesare, Esq.
   Staff Attorney
   Attorney No. OH 0038798

   Tammy E. Stickley, Esq.
   Staff Attorney
   Attorney Reg No. OH 0090122

   600 Vine Street, Suite 2200
   Cincinnati, OH 45202
   (513) 621-4488
   (513) 621-2643 (Facsimile)
   mburks@cinn13.org - Correspondence only
   fdicesare@cinn13.org
   tstickley@cinn13.org

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Motion to Determine Post-Petition was served **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and

by **ordinary U.S. Mail** on January 29, 2020 addressed to:

DANIELLE J. TWITTY, 463 WELLESLEY AVENUE, CINCINNATI, OH  45224

JOHN W. ROSE, ESQ., 35 EAST 7TH STREET, SUITE 610, CINCINNATI, OH  45202

HOME POINT FINANCIAL CORPORATION, 11511 LUNA ROAD, SUITE 300, FARMERS BRANCH, TX 75234
MOLLY SLUTSKY SIMONS, ESQ., SOTTILE & BARILE, ATTORNEYS AT LAW, 394 WARDS CORNER ROAD SUITE 180, LOVELAND, OH 45140

                                                                  /s/     Margaret A. Burks, Esq.
                                                                       Margaret A. Burks, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-13320 |
| | | CHAPTER 13 |
| DANIELLE J. TWITTY | | |
| | : | JUDGE JEFFERY P. HOPKINS |
| DEBTOR | | |
| | : | **NOTICE OF MOTION TO DETERMINE POST-PETITION AMOUNTS PURSUANT TO NOTICE OF POST-PETITION MORTGAGE FEES, EXPENSES, AND CHARGES** |

The Chapter 13 Trustee, Margaret A. Burks, has filed papers with the Court seeking the Trustee be permitted to pay these Post-Petition fees.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then on or before twenty-one (21) days from the date on the certificate of service on the motion you or your attorney must:

    File with the Court a written request for a hearing, and a written response explaining your position at:

        U.S. BANKRUPTCY COURT
        ATRIUM II, SUITE 800
        221 EAST 4TH STREET
        CINCINNATI, OHIO 45202

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to:

MARGARET A. BURKS
CHAPTER 13 TRUSTEE
600 VINE STREET
SUITE 2200
CINCINNATI, OHIO 45202

Debtor(s) Counsel
JOHN W. ROSE, ESQ.
35 EAST 7TH STREET
SUITE 610
CINCINNATI, OH  45202

U.S. TRUSTEE
J.W. PECK FEDERAL BUILDING
550 MAIN ST., ROOM 4-812
CINCINNATI, OHIO 45202

Debtor(s)
DANIELLE J. TWITTY
463 WELLESLEY AVENUE
CINCINNATI, OH  45224

The Court will send you a separate notice if it sets a hearing.

If you or your attorney do not take these steps, the Court may decide you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: January 29, 2020                    /s/    Margaret A. Burks, Esq.
                                                 Margaret A. Burks, Esq.